**JOSEPH W. WATKINS, P.C.**
Joseph W. Watkins **(SBN# 012403)**
1661 N. Swan Road, Ste. 138
Tucson, Arizona 85712
Ph: (520) 882-9115
Joewlaw2@gmail.com
Attorney for Plaintiff

## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

DAVID MILLER, A SINGLE INDIVIDUAL , )
                            )
      Plaintiff            )
                            )
        V             )
                            )
                            )
PACIFIC SPECIALITY INSURANCE   )
COMPANY, a foreign corporation;    )
                            )
      Defendant         )
_____

**Case No.   CV-15-01442-PHX-JJT**

**SUBPOENA**

## <u>PLAINTIFFS NOTICE OF RULE 30B(6) DEPOSITION</u>

      Please take note that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Plaintiff will take the deposition under oral examination of Defendant through

one or more officers, directors, agents or other representative who shall be designed to

testify on Defendant's behalf regarding all information known or reasonably available to

Defendant with respect to the subject identified in Exhibit A.  Plaintiffs request Defendant

provide notice at least seven days before the deposition of the name(s) and employment

position(s) of the individual(s) designated to testify on Defendant's behalf.

      This deposition shall commence March 29, 2017 at 9:00 a.m. (Pacific time) at

Golden State Reporting located at 601 University Avenue, Ste. 135, Sacramento, CA

95825 (916) 489-5900 and shall be taken before a duly certified court reporter or other

/ / /

person authorized by law to administer oaths.  The deposition will be recorded by

stenographic means.

DATED this 6th day of March, 2017.

JOSEPH W. WATKINS, P.C.

/s/ Joseph W. Watkins
Joseph W. Watkins
Attorney for Defendant

2

1

2

<u>CERTIFCATE OF SERVICE</u>

3

   I hereby certify that on March 6, 2017, I personally put a copy of this pleading into
the U.S. mail addressed to the following recipient:

4

5

6

LARRY D. LANGLEY

7

LANDLEY LAW FIRM, P.C.
8170 N. 86th Place, Ste. 100

8

Scottsdale, AZ 85258
Attorney for Defendant Pacific Specialty Insurance Company

9

10

11

<u>R. Guadiana</u>

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
**EXHIBIT "A"**

5
1.  The person(s) most knowledgeable regarding the adjustment of claim #
6
000240495, DOL on or about June 23, 2014 at the residence owned by David
Miller. This individual(s) should be familiar with the claims file, policies and
7
procedures for handling claims files at Pacific Specialty Insurance Company
and the decision-making processes utilized in the adjustment of this loss.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28