**JOSEPH W. WATKINS, P.C.**
Joseph W. Watkins **(SBN# 012403)**
1661 N. Swan Road, Ste. 138
Tucson, Arizona 85712
Ph: (520) 882-9115
Joewlaw2@gmail.com
Attorney for Plaintiff

## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

DAVID MILLER, A SINGLE INDIVIDUAL , )
)                        **Case No.   CV-15-01442-PHX-JJT**
        Plaintiff                )
)                        **AMENDED**
        V                        )        **NOTICE OF DEPOSITION OF**
)                        **DEFENDANTS 30(b)(6)**
)
)
PACIFIC SPECIALITY INSURANCE     )
COMPANY, a foreign corporation;  )
)
        Defendant                )
_____

### PLAINTIFFS NOTICE OF RULE 30B(6) DEPOSITION

Please take note that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Plaintiff will take the deposition under oral examination of Defendant through

one or more officers, directors, agents or other representative who shall be designed to

testify on Defendant's behalf regarding all information known or reasonably available to

Defendant with respect to the subject identified in Exhibit A.  Plaintiffs request Defendant

provide notice at least seven days before the deposition of the name(s) and employment

position(s) of the individual(s) designated to testify on Defendant's behalf.

This deposition shall commence April 19, 2017 at 12:30 p.m. at Golden State

Reporting located at 601 University Avenue, Ste. 135, Sacramento, CA 95825 (916) 489-

5900 and shall be taken before a duly certified court reporter or other

/ / /

1   person authorized by law to administer oaths.  The deposition will be recorded by

2   stenographic means.

3         DATED this 17th day of March, 2017.

4

5                                        JOSEPH W. WATKINS, P.C.

6                                        /s/ Joseph W. Watkins
                                         Joseph W. Watkins
7                                        Attorney for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

<u>CERTIFCATE OF SERVICE</u>

3        I hereby certify that on March 17, 2017, I personally put a copy of this pleading into
the U.S. mail addressed to the following recipient:

4

5

6                                LARRY D. LANGLEY
                             LANDLEY LAW FIRM, P.C.
7                          8170 N. 86th Place, Ste. 100
                              Scottsdale, AZ 85258
8            Attorney for Defendant Pacific Specialty Insurance Company

9

10   <u>R. Guadiana</u>

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT "A"**

1. The person(s) most knowledgeable regarding the adjustment of claim #
   000240495, DOL on or about June 23, 2014 at the residence owned by David
   Miller. This individual(s) should be familiar with the claims file, policies and
   procedures for handling claims files at Pacific Specialty Insurance Company
   and the decision-making processes utilized in the adjustment of this loss.